**Fill in this information to identify the case:**

Debtor name      Centric Behavioral Health, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    26-18873-SMG

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 31, 2026          **X** /s/   Evan Prager
                                       Signature of individual signing on behalf of debtor

                                       Evan Prager
                                       Printed name

                                       Manager
                                       Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Centric Behavioral Health, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | 26-18873-SMG |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 79998 | | Credit card | | | | $39,502.33 |
| American Express P.O. Box 981535 El Paso, TX 79998 | | Credit card | | | | $33,161.14 |
| American Express P.O. Box 981535 El Paso, TX 79998 | | Credit card | | | | $29,760.94 |
| American Express P.O. Box 981535 El Paso, TX 79998 | | Line of credit | | | | $16,035.00 |
| Brigada Investments, Inc. 2424 North Federal Highway, 411 Boca Raton, FL 33431 | | Promissory note dated 2/17/2026 | | | | $40,000.00 |
| Capital Assist, LLC 323 Sunny Isles Blvd, Suite 503 Sunny Isles Beach, FL 33160 | | Collateral grantor under Appendix H; blanket lien on substantially all assets (UCC-1 No. 202601168976) | Contingent Unliquidated Disputed | $150,000.00 | $0.00 | $150,000.00 |
| Celtic Bank Corporation Attn: Reese S. Howell, Jr., CEO, 268 South State Street, Suite 300 Salt Lake City, UT 84111 | | Bluevine line of credit; disputed as to secured status | Disputed | $57,421.30 | $0.00 | $57,421.30 |
| Chase Card Services P.O. Box 15298 Wilmington, DE 19850 | | Credit card | | | | $75,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Centric Behavioral Health, LLC | | | Case number *(if known)* | 26-18873-SMG | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cigna | | Disputed payor audit/recoupment claim | Contingent Unliquidated Disputed | | | $600,000.00 |
| Forward Financing LLC 53 State Street, 20th Floor Boston, MA 02109 | | Purchase of future receipts dated 3/19/2026; no Florida UCC-1 financing statement of record | Disputed | $19,780.00 | $0.00 | $19,780.00 |
| Kapitus LLC 2500 Wilson Blvd, Suite 350 Arlington, VA 22201 | | Blanket lien on substantially all assets (UCC-1 No. 202600186679) | Disputed | $240,000.00 | $0.00 | $240,000.00 |
| Litefund Solutions LLC 99 Wall Street, Suite 2613 New York, NY 10005 | | Co-seller of future receivables; blanket lien on substantially all assets (UCC-1 No. 202601596862) | Disputed | $270,000.00 | $0.00 | $270,000.00 |
| ODK Capital, LLC d/b/a OnDeck Attn: Director of Operations, 4700 W. Daybreak Pkwy, Suite 200 South Jordan, UT 84009 | | Business loan and security agreement dated 2/20/2026; no Florida UCC-1 financing statement of record | Disputed | $237,666.45 | $0.00 | $237,666.45 |
| Parrella Health Law 75 State Street, Suite 100-5201 Boston, MA 02109 | | Legal services (Cigna dispute) | | | | $0.00 |
| Rocket Capital NY LLC 19950 W. Country Club Drive, Suite 902 Miami, FL 33180 | | Corporate guarantor and collateral grantor; blanket lien on substantially all assets (UCC-1 No. 20260106853X) | Contingent Unliquidated Disputed | $225,000.00 | $0.00 | $225,000.00 |
| Royal Oaks Capital Corp. 11302 Long Beach Blvd Lynwood, CA 90262 | | Borrower on $1,000,000 and $500,000 credit facilities; blanket lien on substantially all assets (UCC-1 No. 20240266941X) | | $1,196,939.19 | $0.00 | $1,196,939.19 |
| Tenn Recovery LLC c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | | Intercompany payable; insider/affiliate | | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Centric Behavioral Health, LLC                              Case number *(if known)*   26-18873-SMG
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| True Life Family Counseling, LLC c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | | Intercompany payable; insider/affiliate | | | | $0.00 |
| Verity Capital LLC d/b/a Cylerity 30 N. Gould Street, #55438 Sheridan, WY 82801 | | Claims/receivables financing facility dated 5/6/2026; amount owed unknown | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Zealie LLC 1100 South Coast Hwy, Ste 300A Laguna Beach, CA 92651 | | Billing services | | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name ___Centric Behavioral Health, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) ___26-18873-SMG___

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:    **Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $ _____22,061.47_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____22,061.47_

Part 2:    **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ ____2,396,806.94_

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ _____833,459.41_

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b
    $ ____3,230,266.35_

**Summary of Assets and Liabilities for Non-Individuals**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  Centric Behavioral Health, LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  26-18873-SMG

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase Bank | Checking | 6577 | $10,026.47 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $10,026.47

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | 280 NE 2nd Avenue | |
| --- | --- | --- |
| 7.1. | Delray Beach, FL 33444 | $1,300.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $1,300.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | Centric Behavioral Health, LLC | Case number (If known) 26-18873-SMG |
|---|---|---|
| | Name | |

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| 15.1. | 100% membership interest in Atlantic Recovery Center, LLC (debtor in jointly administered Case No. 26-18871-SMG)    100%    % | | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.   Copy the total to line 83. | | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture, fixtures and equipment - corporate office, 3221 NW 10th Terrace, Suite 502, Oakland Park, FL (per Moecker appraisal 7/2/2026) | $0.00 | | $10,735.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     Centric Behavioral Health, LLC                          Case number (If known)  26-18873-SMG
                          Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          $10,735.00

       Add lines 39 through 42.   Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ☒ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☒ No.   Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

       ☒ No.   Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.   Go to Part 11.
       ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** https://www.centricbh.com/ | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                           $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | Centric Behavioral Health, LLC | Case number *(If known)* 26-18873-SMG |
|---|---|---|
| | Name | |

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Centric Behavioral Health, LLC                              Case number *(If known)*  26-18873-SMG
          Name

| Part 12: | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,026.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,735.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,061.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $22,061.47 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       Centric Behavioral Health, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   26-18873-SMG

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Capital Assist, LLC

Creditor's Name

323 Sunny Isles Blvd, Suite 503
Sunny Isles Beach, FL 33160

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/16/2026

**Last 4 digits of account number**

| | Column A | Column B |
| --- | --- | --- |
| **Describe debtor's property that is subject to a lien**<br>Collateral grantor under Appendix H; blanket lien on substantially all assets (UCC-1 No. 202601168976) | $150,000.00 | $0.00 |

**Describe the lien**
UCC-1 Financing Statement (blanket lien)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.2** Celtic Bank Corporation

Creditor's Name

Attn: Reese S. Howell, Jr., CEO, 268 South State Street, Suite 300
Salt Lake City, UT 84111

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | Column A | Column B |
| --- | --- | --- |
| **Describe debtor's property that is subject to a lien**<br>Bluevine line of credit; disputed as to secured status | $57,421.30 | $0.00 |

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor    Centric Behavioral Health, LLC                                Case number (if known)    26-18873-SMG
_____
Name

| | | | | |
|---|---|---|---|---|
| **2.3** | **Forward Financing LLC** | **Describe debtor's property that is subject to a lien** | $19,780.00 | $0.00 |

Creditor's Name

53 State Street, 20th Floor
Boston, MA 02109
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/19/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Purchase of future receipts dated 3/19/2026; no Florida UCC-1 financing statement of record

**Describe the lien**
Purchase of future receipts
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.4** | **Kapitus LLC** | **Describe debtor's property that is subject to a lien** | $240,000.00 | $0.00 |

Creditor's Name

2500 Wilson Blvd, Suite 350
Arlington, VA 22201
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/20/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Blanket lien on substantially all assets (UCC-1 No. 202600186679)

**Describe the lien**
UCC-1 Financing Statement (blanket lien)
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.5** | **Litefund Solutions LLC** | **Describe debtor's property that is subject to a lien** | $270,000.00 | $0.00 |

Creditor's Name

99 Wall Street, Suite 2613
New York, NY 10005
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/1/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Co-seller of future receivables; blanket lien on substantially all assets (UCC-1 No. 202601596862)

**Describe the lien**
UCC-1 Financing Statement (blanket lien)
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Centric Behavioral Health, LLC | | Case number (if known) | 26-18873-SMG |
|---|---|---|---|---|
| | Name | | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.6** ODK Capital, LLC d/b/a OnDeck

Creditor's Name

Attn: Director of Operations, 4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/20/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Business loan and security agreement dated 2/20/2026; no Florida UCC-1 financing statement of record

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$237,666.45          $0.00

---

**2.7** Rocket Capital NY LLC

Creditor's Name

19950 W. Country Club Drive, Suite 902
Miami, FL 33180

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/13/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Corporate guarantor and collateral grantor; blanket lien on substantially all assets (UCC-1 No. 20260106853X)

**Describe the lien**
UCC-1 Financing Statement (blanket lien)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

$225,000.00          $0.00

---

**2.8** Royal Oaks Capital Corp.

Creditor's Name

11302 Long Beach Blvd
Lynwood, CA 90262

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Borrower on $1,000,000 and $500,000 credit facilities; blanket lien on substantially all assets (UCC-1 No. 20240266941X)

**Describe the lien**
UCC-1 Financing Statement (blanket lien)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

$1,196,939.19          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Debtor    Centric Behavioral Health, LLC                    Case number (if known)    26-18873-SMG
_____Name_____

**Date debt was incurred**                    ☐ No
                                              ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | Verity Capital LLC d/b/a Cylerity | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

30 N. Gould Street, #55438
Sheridan, WY 82801

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Claims/receivables financing facility dated 5/6/2026; amount owed unknown

**Describe the lien**
Claims/receivables financing facility

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
5/6/2026
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $2,396,806.94 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Bluevine Capital Inc.<br>30 Montgomery Street, Suite 1400<br>Jersey City, NJ 07302 | Line  2.2 | |
| Corporation Service Company<br>POB 2576<br>Springfield, IL 62708 | Line  2.7 | |
| CT Corporation System, as Representative<br>330 N. Brand Blvd, Suite 700, Attn: SPRS<br>Glendale, CA 91203 | Line  2.4 | |
| CT Corporation System, as Representative<br>330 N. Brand Blvd, Suite 700, Attn: SPRS<br>Glendale, CA 91203 | Line  2.5 | |
| First Corporate Solutions<br>914 S Street<br>Sacramento, CA 95811 | Line  2.1 | |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

Debtor    Centric Behavioral Health, LLC                                         Case number (if known)    26-18873-SMG
          Name

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Centric Behavioral Health, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   26-18873-SMG

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0135 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
Taxes; notice purposes only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,161.14 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1007 | **Basis for the claim:** Credit card<br>Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.2** **Nonpriority creditor's name and mailing address**<br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,035.00 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Line of credit<br>Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.3** **Nonpriority creditor's name and mailing address**<br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,760.94 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1006 | **Basis for the claim:** Credit card<br>Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Centric Behavioral Health, LLC | Case number (if known) | 26-18873-SMG |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $39,502.33

American Express
P.O. Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1007

**Basis for the claim:** Credit card

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Atlantic Recovery Center, LLC
14320 Mustang Trail
Southwest Ranches, FL 33330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Intercompany payable; insider/affiliate

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,000.00

Brigada Investments, Inc.
2424 North Federal Highway, 411
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/17/2026

**Last 4 digits of account number** _

**Basis for the claim:** Promissory note dated 2/17/2026

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75,000.00

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Credit card

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $600,000.00

Cigna

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Disputed payor audit/recoupment claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Evan Prager
3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Loan from insider

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Parrella Health Law
75 State Street, Suite 100-5201
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Legal services (Cigna dispute)

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Tenn Recovery LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Intercompany payable; insider/affiliate

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Centric Behavioral Health, LLC _____    Case number (if known)    26-18873-SMG _____
          Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

True Life Family Counseling, LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Intercompany payable; insider/affiliate

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

Valiants 27, Inc. (Svitlana Kogan)
2424 N. Federal Hwy, Suite 411
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (insider affiliate of member)

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

Zealie LLC
1100 South Coast Hwy, Ste 300A
Laguna Beach, CA 92651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Billing services

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 833,459.41 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 833,459.41 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Centric Behavioral Health, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    26-18873-SMG

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Unexpired lease of nonresidential real property located at 1759 N. Andrews Square, Fort Lauderdale, FL 33311 (outpatient/PHP facility); co-tenant Scott Hastings | |
| | State the term remaining | | DBBF Properties, LLC |
| | List the contract number of any government contract | | 409 SE 16 Court<br>Fort Lauderdale, FL 33316 |

**Fill in this information to identify the case:**

Debtor name    Centric Behavioral Health, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   26-18873-SMG

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Atlantic Recovery Center, LLC | 14320 Mustang Trail Southwest Ranches, FL 33330 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Atlantic Recovery Center, LLC | 14320 Mustang Trail Southwest Ranches, FL 33330 | Kapitus LLC | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Atlantic Recovery Center, LLC | 14320 Mustang Trail Southwest Ranches, FL 33330 | Rocket Capital NY LLC | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Atlantic Recovery Center, LLC | 14320 Mustang Trail Southwest Ranches, FL 33330 | Capital Assist, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Atlantic Recovery Center, LLC | 14320 Mustang Trail Southwest Ranches, FL 33330 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.6 | Centric Executives LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __Centric Behavioral Health, LLC_____     Case number *(if known)* __26-18873-SMG_____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Centric Executives LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Centric Management LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Centric Management LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Capital Assist, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.10 | Centric Management LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.11 | ET Health Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.12 | ET Health Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Kapitus LLC | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.13 | ET Health Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Rocket Capital NY LLC | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.14 | ET Health Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Capital Assist, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.15 | ET Health Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.16 | ETP Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Centric Behavioral Health, LLC _____    Case number *(if known)*   26-18873-SMG _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.17 | ETP Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Capital Assist, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.18 | ETP Holdings LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.19 | Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Kapitus LLC | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.20 | Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Rocket Capital NY LLC | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.21 | Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Capital Assist, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.22 | Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.23 | Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | ODK Capital, LLC d/b/a OnDeck | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.24 | Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Celtic Bank Corporation | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.25 | Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Chase Card Services | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.26 | Sanctuary Sober Living LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |

Debtor    Centric Behavioral Health, LLC                                    Case number *(if known)*   26-18873-SMG

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.27 | Sanctuary Sober Living LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.28 | Tenn Recovery LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.29 | Tenn Recovery LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Kapitus LLC | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.30 | Tenn Recovery LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Rocket Capital NY LLC | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.31 | Tenn Recovery LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Capital Assist, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.32 | Tenn Recovery LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.33 | True Life Family Counseling, LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Royal Oaks Capital Corp. | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.34 | True Life Family Counseling, LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Rocket Capital NY LLC | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.35 | True Life Family Counseling, LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Capital Assist, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.36 | True Life Family Counseling, LLC | c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Litefund Solutions LLC | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |

Debtor    Centric Behavioral Health, LLC                          Case number *(if known)*    26-18873-SMG

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.37 | Scott Hastings | 4291 SW 23rd Court<br>Fort Lauderdale, FL 33317<br>Co-tenant on lease of nonresidential real property located at 1759 N. Andrews Square, Fort Lauderdale, FL 33311 (landlord: DBBF Properties, LLC) | DBBF Properties, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name __Centric Behavioral Health, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __26-18873-SMG__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☐ Operating a business<br>⊠ Other   Holding company; operations conducted through subsidiary Atlantic Recovery Center, LLC | $0.00 |
   | For prior year:<br>From 01/01/2025 to 12/31/2025 | ☐ Operating a business<br>⊠ Other   Holding company; operations conducted through subsidiary (books reflect -$3,745 net adjustment) | $0.00 |
   | For year before that:<br>From 01/01/2024 to 12/31/2024 | ☐ Operating a business<br>⊠ Other   Holding company; operations conducted through subsidiary Atlantic Recovery Center, LLC | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ⊠ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Centric Behavioral Health, LLC _____     Case number *(if known)*  26-18873-SMG _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Royal Oaks Capital Corp.<br>11302 Long Beach Blvd<br>Lynwood, CA 90262 | Various,<br>4/22/2026 -<br>5/27/2026 | $114,294.35 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | Various,<br>4/20/2026 -<br>6/23/2026 | $143,404.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Wire payments; advertising/marketing services (purpose per books; to be confirmed) |
| 3.3. | Rocket Capital NY LLC<br>19950 W. Country Club Drive, Suite 902<br>Miami, FL 33180 | Various,<br>4/21/2026 -<br>6/9/2026 | $101,008.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Venstone Investment Group, Inc | Various,<br>6/2/2026 -<br>6/25/2026 | $97,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Wire transfers repaying funding advances (per bank records) |
| 3.5. | Kapitus LLC<br>2500 Wilson Blvd, Suite 350<br>Arlington, VA 22201 | Various,<br>4/14/2026 -<br>6/9/2026 | $50,724.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Danijela Findrilakis | 5/15/2026;<br>6/5/2026 | $40,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Wire transfers; recipient believed related to Debtor's CFO - characterization to be confirmed |
| 3.7. | PFS Financing Corp | Various,<br>5/4/2026 -<br>6/25/2026 | $36,480.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Wire payments; insurance premium financing (to be confirmed) |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor   Centric Behavioral Health, LLC                              Case number *(if known)*   26-18873-SMG

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. OnDeck Capital | Various, 4/13/2026 - 6/8/2026 | $33,599.97 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. Peacock Way LLC | 4/9/2026; 5/8/2026 | $22,787.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__ |
| 3.10. Hugo Lopez | 6/15/2026 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Wire transfer; purpose/recipient relationship to be confirmed_ |
| 3.11. LVR Consulting | 4/17/2026 | $13,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.12. American Express P.O. Box 981535 El Paso, TX 79998 | Various, 4/30/2026 - 6/1/2026 | $11,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Credit card payments_ |
| 3.13. Chase Card Services | 6/1/2026 | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Credit card payments (card x8769)_ |
| 3.14. All In Digital LLC | 4/10/2026; 5/18/2026 | $9,823.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Wire payments; digital marketing services (to be confirmed)_ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor   Centric Behavioral Health, LLC                              Case number (if known)  26-18873-SMG

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Atlantic Recovery Center, LLC 14320 Mustang Trail Southwest Ranches, FL 33330 Wholly-owned subsidiary; jointly administered debtor (Case No. 26-18871-SMG) | Various, 3/30/2026 - 6/30/2026 | $225,900.00 | Intercompany treasury transfers to subsidiary operating account (Chase x3960); bank data available 3/30/2026-6/30/2026 only |
| 4.2. Evan Prager 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 Manager of the Debtor | 6/2/2026 (wire); 4/13, 6/8, 6/22/2026 (card) | $13,000.00 | Wire transfer $10,000 (6/2/2026) and payments totaling $3,000 to Capital One card of Evan T. Prager; characterization to be confirmed |
| 4.3. Affiliated accounts (to be identified) Believed related/affiliated accounts; owners to be identified | Various, 3/30/2026 - 6/30/2026 | $1,109,316.00 | Transfers to accounts x3588 ($396,600), x7061 ($284,000), x0216 ($145,650), x0609 ($97,500), x5033 ($90,000), x0029 ($30,600), x9259 ($26,000), x8908 ($22,466), x2732 ($16,500); account owners to be identified by Debtor |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Civil action pending against the Debtor (style/parties to be confirmed) CACE-26-006742 | Civil | Circuit Court, 17th Judicial Circuit 201 SE 6th Street Fort Lauderdale, FL 33301 | ☒ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor   Centric Behavioral Health, LLC                     Case number *(if known)*  26-18873-SMG

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Shelomith Law<br>2699 Stirling Road<br>Suite C401<br>Fort Lauderdale, FL 33312 | | 7/3/2026 | $19,238.00 |
| | **Email or website address**<br>www.shelomith.law | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor   Centric Behavioral Health, LLC                    Case number *(if known)*  26-18873-SMG

Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7:  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Centric Behavioral Health, LLC | Case number *(if known)* | 26-18873-SMG |
|---|---|---|---|

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **7** |
|---|---|---|

| Debtor | Centric Behavioral Health, LLC | Case number *(if known)* | 26-18873-SMG |
|---|---|---|---|

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  Atlantic Recovery Center, LLC 14320 Mustang Trail Southwest Ranches, FL 33330 | Substance abuse/behavioral health treatment; wholly-owned subsidiary (Case No. 26-18871-SMG) | EIN: |
| | | **From-To**   Inception - present |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Stelios Findrilakis, CFO | Various, 2024 - present |
| 26a.2.   ASG Advisor Group (tax preparer) | Tax years 2023 - 2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Stelios Findrilakis, CFO c/o 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ETP Holdings LLC | | Member | 52.62% voting; 11.08% non-voting |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Centric Behavioral Health, LLC                                    Case number *(if known)*  26-18873-SMG

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Valiants 27, Inc. | 2424 N. Federal Hwy, Suite 411 Boca Raton, FL 33431 | Member | 10% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| ADT Health LLC | | Member | 8.24% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| JTD Marketing Group LLC | | Member | 4% voting; 6% non-voting |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| CK1 | | Member | 4.12% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| A and I Holdings | | Member | 1.76% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Dr. Anthony Carrino | | Member | 1.18% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| SDH Capital | | Member | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Evan Prager | 3221 NW 10th Terrace, Suite 502 Oakland Park, FL 33309 | Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **9**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Centric Behavioral Health, LLC                                    Case number (if known) 26-18873-SMG

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        July 31, 2026

/s/   Evan Prager                                           Evan Prager
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy